UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

ORDER

Due to the Honorable Judge Joseph S. Van Bokkelen now sharing a combined civil and criminal caseload equal to 50% of the total number of cases (civil and criminal) assigned to an active judge, the Clerk is hereby directed to reassign the following cases from Judge Joseph S. Van Bokkelen to Judge Theresa L. Springmann as the presider for all further proceedings:

| Case | Caption |
|---|---|
| 2:16-cr-50 | USA v. Anthony Darnell McDonald |
| 2:17-cr-119 | USA v. Miguel Gonzalez |
| 2:18-cr-7 | USA v. Loya, Luciano, Reyes, Williams |
| 2:18-cr-21 | USA v. Caldwell, Young, Allen, Martin, Bonds, Brinkley, Clarke |
| 2:18-cr-23 | USA v. Ashton Harrison |
| 2:18-cr-80 | USA v. Lee, Beldsoe, Foxx |
| 2:18-cr-89 | USA v. Williamson Sr., Veach |
| 2:18-cr-92 | USA v. Angelina Vilella |
| 2:18-cr-99 | USA v. Bonner, Blackmon |
| 2:18-cr-101 | USA v. Coleman, Owens, Coleman, Pike |
| 2:18-cr-106 | USA v. Robert Wilson, Shelly Ann Wilson |
| 2:18-cr-116 | USA v. Basil Ubanwa |
| 2:18-cr-130 | USA v. April Denise Hill |
| 2:18-cr-134 | USA v. Brandon Winters |
| 2:18-cr-138 | USA v. Jerry L James |
| 2:19-cr-11 | USA v. Ahmad Zaid |
| 2:19-cr-14 | USA v. Darren Bell, Altonio Benson |
| 2:19-cr-20 | USA v. Sealed Defendant #3 |
| 2:19-cr-42 | USA v. Bobby Leon Smith |
| 2:19-cr-43 | USA v. Sealed Defendant |

This order does not change the assignment of the Magistrate Judge or any previously scheduled deadlines, hearings or trial dates.

SO ORDERED on May 1, 2019

s/ Theresa L. Springmann  
Chief Judge Theresa L. Springmann  
United States District Court